

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00305-CV

**IN THE INTEREST OF D.M.T.**, a Child

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2021EM03084
Honorable Nick Catoe Jr., Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of the appeal, if any, are taxed against Appellant, E.J.T. *See* TEX. R. APP. P. 20.1(a), 43.4.[1]

SIGNED August 3, 2022.

Luz Elena D. Chapa, Justice

---

[1] To protect the identity of the minor child, we refer to appellant by his initials and to the child by his initials. *See* TEX. FAM. CODE § 109.002(d); TEX. R. APP. P. 9.8.